IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| DORSEY L. BOHANNON | : : | E.D. PA Civil Action No. 09-cv-74483 |
| v. | : : | |
| CSX TRANSPORTATION | : : : | Transferor Court: GA-S 08-00010 |

FILED
NOV 3 0 2010
MICHA....        Dep. Clerk
By

## O R D E R

AND NOW, this 29th day of November, 2010, upon consideration of Defendant

Ford Motor Company's Motion to Exclude Dr. Arthur Frank and Dr. Barry Castleman as Rule

26(a)(2) Witnesses, and Plaintiff's response thereto, and for the reasons set forth in the attached

Memorandum, it is hereby **ORDERED** that:

(1) Defendant Ford Motor Company's Motion to Exclude Dr. Arthur Frank and

Dr. Barry Castleman [Doc. 14] is **GRANTED IN PART, DENIED IN PART**.

Defendant's motion for an Order striking the reports of Dr. Frank and Dr.

Castleman and excluding them from testifying on behalf of Plaintiff is **DENIED.**

Defendant's request for attorney fees and costs incurred in filing its motion to

exclude Dr. Frank and Dr. Castleman's expert testimony and its motion for summary judgment

based on upon Plaintiff's failure to timely produce expert opinion on causation is **GRANTED.**

By December 13, 2010, Defendant is to submit to chambers an itemized statement of fees and

expenses incurred in filing these two motions. Plaintiff may file objections to the itemized

statement by December 29, 2010.

(2) Defendant Ford Motor Company's Motion for Summary Judgment based upon Plaintiff's failure to timely produce expert opinion on causation [Doc. 9] is **DENIED.**

(3) Consistent with my September 8, 2010 Order, Defendant Ford's expert reports must be produced by December 29, 2010. All expert discovery is to be completed by January 31, 2011.

(4) The deadline for filing *Daubert* motions is extended to February 14, 2011.

(5) Responses to *Daubert* motions must be filed by March 14, 2011.

(6) Replies to responses to *Daubert* motions, if any, must be filed by March 28, 2011.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE